# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO BENITEZ-BERNAL,<br><br>Defendant. | Case No. 19-CR-2848-CAB<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, IT IS HEREBY ORDERED the Indictment in this case is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: September 12, 2019

————————————————
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE